452 A.2d 50

Commonwealth v. Terrizzi, Appellant.

Submitted February 24, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Mi-

chael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The order of the learned Lancaster County Common Pleas Court Judge D. Richard Eckman is affirmed.